UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
December 12, 2023  10:11 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC  SCANNED BY / mkc / 12/12/23

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK JAMES MAWSON,

    Defendant.
_____/

1:23-cr-147
Janet T. Neff
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**(Financial Institution Fraud)**

From in or about 2011, through in or about February 2017, in the Southern Division of the Western District of Michigan, and elsewhere,

**FREDERICK JAMES MAWSON,**

with intent to defraud, knowingly executed a scheme and artifice to defraud Huntington National Bank, a federally insured financial institution, by means of materially false misrepresentations and the concealment of material facts.

18 U.S.C. § 1344(1)
18 U.S.C. § 20

MARK A. TOTTEN
United States Attorney

Date:  December 11, 2023

CLAY STIFFLER
Assistant United States Attorney